# UNITED STATES DISTRICT COURT

District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

**Case Title:** United States v. Homer and Karen Martin **Case Number:** 01-CV-835

## PETITION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Joan Stentiford Ulmer, am currently a member in good standing of the bar of the United States District Court for the _____ District of Columbia, but not admitted to the bar of this court. I will be representing U.S. Dept. of Justice (Government Agency) in the action listed above.

[signature] Joan Stentiford Ulmer
Signature

5/21/2001
Date

State I.D.: 434600

Govt. Agency: U.S. Department of Justice
Suite/Building: 8921C
Street Address: 555 4th Street, N.W.
P.O. Box #: 7238, Ben Franklin Station
City State Zip Washington, D.C. 20001
Telephone:(202) 514-4679
Fax:(202) 514-6770

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

[signature] Robert S. Watkins
Signature

May 21, 2001
Date

Name: Robert S. Watkins
Title: Section Chief
U.S. Agency: U.S. Department of Justice Tax Div.

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

MAY 21 2001
Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED MAY 21 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____